DIANA L. WEISS (SBN 121150)
Attorney At Law
1563 Solano Avenue Suite 223
Berkeley, CA 94707
dianaweiss@sbcglobal.net
Telephone: (510) 847-1012
Facsimile: (510) 525-1321

Attorney for Defendant
DAVID HUFFMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Case No: CR03-00011WHA |
|---|---|
| Plaintiff, | ) STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS HEARING TO MAY 29, 2012 |
| Vs. | |
| DAVID HUFFMAN Defendant | |

On October 18, 2011, this Court scheduled a status hearing in the above-entitled matter for April 24, 2012. Mr. Huffman is presently on supervised release and there have been no violations or other issues that have arisen since he was last before the Court.

Defense Counsel has been accepted to participate in a CJA Trial Skills Workshop in San Diego, California from April 22 through April 27, 2012 and therefore is unavailable on the date the status hearing is presently scheduled

AUSA Kyle Waldinger is scheduled to start a multi-week trial on May 1, 2012, before the Honorable Thelton E. Henderson. Therefore the parties stipulate that the Status Hearing presently scheduled for April 24, 2012 at 2:00 p.m. be vacated and the

/////////////////

*USA v. David Huffman* CR03-00011WHA
Stipulation and Order to Continue

1 matter be reset for May 29, 2012 at 2:00 p.m.

2 SO STIPULATED.

3 Dated: March 27, 2012

```
        /S/                                    /S/
KYLE WALDINGER                          DIANA L. WEISS
Assistant United States Attorney        Attorney for Defendant
Counsel for United States               DAVID HUFFMAN
```

**SO ORDERED.**

Dated: March 28, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE