IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-00011 WHA |
| Plaintiff, | |
| v. | **ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| DAVID KENNETH HUFFMAN, | |
| Defendant. | |

Pursuant to 18 U.S.C. 3583(e)(1), supervised release for defendant David Huffman is hereby **TERMINATED**, effective immediately. The Court is satisfied that such action is warranted by the conduct of defendant and the interest of justice.

**IT IS SO ORDERED.**

Dated: February 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE